Peek Brothers & Winch (America), Respondent, v. Archibald Davidson, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ebling Brewing Company, Appellant, v. Guiseppe Fusco, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank R. Poss v. Lillian K. Poss.— Motion granted, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lulu F. Adams, Respondent, v. Edith Hoyt Swift and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maria Galina, as Administratrix, etc., Respondent, v. Patrick McGovern and Another, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott, J., dissented.

William Schmidt, Appellant, v. Josephine Hertz and Others, Respondents.— Judgment modified by adding the sum of twenty dollars to the recovery as interest, and as modified affirmed, without costs. Order to be settled on notice. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Vulcan Detinning Company, Respondent, v. Franz A. Assmann and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James C. Bushby, Respondent, v. Lancelot M. Berkeley and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James C. Bushby, Respondent, v. Lancelot M. Berkeley and Another, Appellants.— Order reversed, without costs, and motion granted extending time to serve case until November tenth. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Prince, Respondent, v. Ely J. Rieser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael Nicolelli, Appellant, v. Allen L. Friedman and Another, Respondents.— Order affirmed, with ten dollars costs and dispursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Paul B. Vikberg, Appellant, v. Fred Sandstrom, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissented.

Perle Ward Root, Respondent, v. John M. Brainard, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.